178 So.2d 661

Charles X. MILLER

v.

HOUSING AUTHORITY OF NEW OR-
LEANS and Pittman Construc-
tion Company et al.

J. J. CLARKE COMPANY, Inc.

v.

HOUSING AUTHORITY OF NEW
ORLEANS et al.

No. 47850.

Oct. 8, 1965.

In re: Charles X. Miller applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.